FILED ___ LODGED
___ RECEIVED ___ COPY

SEP 1 4 2005

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# SEALED

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | CR05- 921 PHX-DGC (ECV) |
|---|---|
| Plaintiff, | **INDICTMENT** |
| v. | VIO: 21 U.S.C. §§ 846, 841(a)(1); (b)(1)(B)(iii) and (viii) (Conspiracy to Possess with Intent to Distribute Methamphetamine and Cocaine Base) Count 1 |
| Jason James Colburn, Counts 1, 5, 6, and 8 | |
| Cesar Ernesto Gonzalez, Counts 1, 2, 3, 4, 7 and 9 | 21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii) (Possession with Intent to Distribute Methamphetamine) Counts 2, 3, 5, and 6 |
| Defendants. | |
| | 21 U.S.C. § 841(a)(1) and (b)(1)(B)(iii) Possession with Intent to Distribute Cocaine Base) Count 4 |
| | 18 U.S.C. §§ 922(g)(1) and 924(a)(2) (Felon in Possession of a Firearm) Counts 7 and 8 |
| | 18 U.S.C. §§ 924(c)(1)(A)(i) (Possession of a Firearm in Furtherance of a Drug Trafficking Crime) Count 9 |
| | 18 U.S.C. § 924(d) and 28 U.S.C. § 2461 (Forfeiture Allegation) |

THE GRAND JURY CHARGES:

## COUNT 1

Beginning on a date unknown, but no later than July 26, 2005, and continuing until on or about August 30, 2005, in the District of Arizona and elsewhere, defendants JASON JAMES COLBURN and CESAR ERNESTO GONZALEZ did knowingly combine, conspire, confederate and agree together and with others unknown to the grand jury, to possess with intent to distribute 50 grams or more of a mixture and substance containing a detectible amount of Methamphetamine, a Schedule II controlled substance, and 5 grams or more mixture and substance containing a detectible amount of Cocaine Base, in violation of Title 21, United States Code, Sections 841(a)(1); (b)(1)(B)(iii), and (viii).

In violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about July 26, 2005, in the District of Arizona, defendant CESAR ERNESTO GONZALEZ did knowingly possess with intent to distribute approximately 14 grams of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 3

On or about July 28, 2005, in the District of Arizona, defendant CESAR ERNESTO GONZALEZ did knowingly possess with intent to distribute approximately 5 grams of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 4

On or about July 28, 2005, in the District of Arizona, defendant CESAR ERNESTO GONZALEZ did knowingly possess with intent to distribute 9 grams of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(iii).

## COUNT 5

On or about August 8, 2005, in the District of Arizona, defendant JASON JAMES COLBURN did knowingly possess with intent to distribute approximately 56 grams of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii).

## COUNT 6

On or about August 30, 2005, in the District of Arizona, defendant JASON JAMES COLBURN did knowingly possess with intent to distribute approximately 56 grams of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii).

## COUNT 7

On or about July 28, 2005, in the District of Arizona, defendant CESAR ERNESTO GONZALEZ, having previously been convicted of the following four felony offenses:

1. Possession of Drug Paraphernalia, Arizona Superior Court, Maricopa County, cause number CR2001-011104, on or about February 26, 2002;
2. Criminal Possession of a Forgery Device, Arizona Superior Court, Maricopa County, cause number CR2001-019050, on or about January 30, 2002; and,
3. Aggravated Assault and Drug Paraphernalia, Arizona Superior Court, Maricopa County, cause number CR2001-019051, on or about January 30, 2002.

each a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a Glock, Model 17, 9mm handgun, serial number GXL610, which firearm had been shipped and transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 8

On or about August 8, 2005, in the District of Arizona, defendant JASON JAMES COLBURN, having previously been convicted of Aggravated Assault, Arizona Superior Court, Maricopa County, caused number CR2000-014863, on or about September 5, 2002, a crime punishable by imprisonment for a term exceeding one year, did knowingly possess an Alder Italy, Model Jager, .22 caliber rifle, serial number 11994, which firearm had been shipped and transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 9

On or about July 28, 2005, in the District of Arizona, defendant CESAR ERNESTO GONZALEZ, during and in relation to drug trafficking offenses as defined in Title 18, United States Code, Section 924(c)(2), that is, conspiracy and possession with intent to distribute mixtures and substances containing detectable amounts of Methamphetamine and Cocaine Base, as alleged in Counts 1, 3, and 4 of this Indictment, which Counts are re-alleged and incorporated by reference herein, all of which are felonies prosecutable in a Court of the United States, did knowingly possess in furtherance of the listed drug trafficking offenses a Glock, Model 17, 9mm handgun, serial number GXL610.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## FORFEITURE ALLEGATION

As the result of committing the foregoing offense in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2), as alleged in the Indictment, defendants JASON JAMES COLBURN and CESAR ERNESTO GONZALEZ shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461, all firearms and ammunition involved in the commission of the offense, including, but not limited to the following: a Glock, Model 17, 9mm handgun, serial number GXL610, and an Alder Italy, Model Jager, .22 caliber rifle, serial number 11994.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant; (1) cannot be located upon exercise of due diligence; (2) has been transferred or sold to, or deposited with, a third person; (3) has been placed beyond the jurisdiction of the Court; (4) has been substantially diminished in value; or (5) has be commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

In violation of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461.

A TRUE BILL

/S/
FOREPERSON OF THE GRAND JURY
Date: September 14, 2005

PAUL K. CHARLTON
United States Attorney
District of Arizona

MICHAEL A. LEE
Special Assistant U.S. Attorney