# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# CRIMINAL MINUTES

Phoenix Division

**CR 05 / 921 / 02 PHX/ DGC**        DATE: 1/16/08
Year    Case No.   Dft #

HON: DAVID G. CAMPBELL         Judge # 7031

USA v.  Gonzalez, Cesar Ernesto
        Last Name    First Name    Middle Initial
DEFENDANT: X  Present_ Not Present __ Released X Custody __Writ

Deputy Clerk: Lisa Richter      Crt Rptr/ECR Patricia Lyons

U.S Atty: Raymond Woo    Dft counsel:  Brian Russo and Neil LaBarge
Interpreter:__        Language:__
=================================================================================
**PROCEEDINGS**:  X Open Court   _Chambers    _Other

Hearing held regarding appointment of new defense counsel.

Matters discussed outside the presence of the Assistant United States Attorney.

Matters discussed with all counsel present.

IT IS ORDERED setting further status hearing for **January 22, 2008 at 3:30 p.m.**

IT IS FURTHER ORDERED that the transcript of this proceeding be sealed.

                                                                Court time: 50 min